**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                )
                                          )       09-06005M-001-PCT-DKD
                    Plaintiff,            )
                                          )       **ORDER**
vs.                                       )
                                          )
                                          )
Leanne Gail Whatahomigie,                 )
                                          )
                    Defendant.            )
_____  )

        The defendant appeared in court with counsel. The defendant's probable cause hearing

and detention hearing were waived by defendant through defense counsel.  The Court finds

probable cause to believe the defendant committed the offense alleged in the complaint, that

is escape.

        IT IS ORDERED that the defendant is detained as flight risk.

        DATED this 24th day of April, 2009.


                                _____
                                        Mark E. Aspey
                                United States Magistrate Judge